UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF LEON SMITHERS, et al.,

        Plaintiff,        Case No. 05-40347

  v.       District Judge Paul V. Gadola

        Magistrate Judge R. Steven Whalen

CITY OF FLINT, et al.,

        Defendant.
_____/

ORDER EXTENDING DATES AND WITHDRAWING
MOTION TO COMPEL

Before the Court is the Stipulation by the parties extending dates and withdrawing Plaintiff's Motion to Compel and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that discovery cut-off is extended to March 31, 2007, witness lists to be filed by March 1, 2007, dispositive motion cut-off is April 15, 2007, final pretrial conference and trial to follow at a date and time to be set by the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel is dismissed without prejudice.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or

parties of record by electronic means or U.S. Mail on December 18, 2006.

                                                  S/Gina Wilson
                                                  Judicial Assistant